**MICHAEL H. ARNOLD, ESQ.**
2000 HSBC PLAZA
100 CHESTNUT STREET
ROCHESTER, NEW YORK 14604
(585) 295-4310

February 27, 2018

Hon. Paul R. Warren
United States Bankruptcy Court
100 State Street
Rochester, NY 14614

    Re: Flour City Bagels, LLC v. 683 PVR, LLC, et. al.
          A.P. No. 16-20213

Dear Judge Warren:

    A conference in the above matter is presently scheduled for February 28, 2018. Please be advised that the plaintiff has agreed to settle this matter, subject to approval of a motion to compromise controversy.

    The settlement will be between plaintiff and defendant Michael Borelli. Upon approval of the motion to compromise, the matter will be dismissed as to the remaining defendants.

    I expect to file the motion to compromise no later than March 16, 2018. Based upon the foregoing, I understand no appearances are required at the scheduled conference.

    Thank you very much for your continued attention to this matter.

                                        Very truly yours,

                                        /s/
                                        Michael H. Arnold
                                        Chapter 11 Plan Administrator

MHA/ss